UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT SCOTT SISLER,

                Petitioner,                No. 07-CV-10944-DT

vs.                                        Hon. Gerald E. Rosen

RAYMOND BOOKER,

                Respondent.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND
<u>DISMISSING PLAINTIFF'S HABEAS CORPUS ACTION</u>

        At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on          July 22, 2009

        PRESENT: Honorable Gerald E. Rosen
                         Chief Judge, United States District Court

       This matter having come before the Court on the July 6, 2009 Report and Recommendation of United States Magistrate Judge Paul J. Komives recommending that the Court deny Plaintiff's petition for a writ of habeas corpus and that this case, accordingly, be dismissed; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's petition for habeas corpus relief should be denied; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of July 6, 2009 **[Dkt. # 10]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's petition for habeas corpus relief **Dkt. # 1]** be, and hereby is DENIED and the above-captioned case, therefore, is DISMISSED.

IT IS FURTHER ORDERED that for the reasons stated in the Report and Recommendation, the Court concludes that Petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, the Court declines to issue a certificate of appealability or grant leave to proceed on appeal *in forma pauperis*. *See* Fed. R. App. Pro. 24(a).

                                                    s/Gerald E. Rosen
                                                    Chief Judge, United States District Court

Dated: July 22, 2009

**CERTIFICATE OF SERVICE**

I hereby certify that on     July 22, 2009    , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:            Brad H. Beaver                            , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:
Robert Sisler, #388318, Straits Correctional Facility, 4387 West M-80, Kincheloe, MI 49785 .

                                                  s/Ruth A. Brissaud
                                                  Ruth A. Brissaud, Case Manager
                                                  (313) 234-5137